IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RODNEY J. SAMUEL II,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2903

Opinion filed October 19, 2016.

Petition for Writ of Mandamus -- Original Jurisdiction.

Rodney J. Samuel II, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of mandamus is denied.  See Munn v. Fla. Parole Comm'n, 807 So. 2d 733 (Fla. 1st DCA 2002).  We encourage the circuit court to continue its efforts to expeditiously dispose of the motion pending below.

ROBERTS, C.J., MAKAR and BILBREY, JJ., CONCUR.